UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS JOHNSON, et al., | No. 2:20–cv–614–JAM–KJN (PS) |
| Plaintiffs, | ORDER |
| v. | (ECF No. 5) |
| KENT JOHNSON, | |
| Defendant. | |

On March 20, 2020, defendant removed this action from California Superior Court. (ECF No. 1.) Ten days later, plaintiffs filed a motion to remand, and set the matter for an April 30, 2020 hearing. (ECF No. 5.) Given the substance of the issues, as well as General Order 612,[1] the April 30 hearing is VACATED. See Local Rule 230(g). Defendant's opposition to plaintiffs' motion is due no later than April 16, 2020.[2] Plaintiffs' reply brief, if any, is due by April 23. Thereafter, the motion will be taken under submission on the written briefing. If the court subsequently determines that further proceedings are necessary, the parties will be notified.

Dated: April 1, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] See http://www.caed.uscourts.gov/caednew/

[2] The court notes significant issues with removal here—some of which plaintiffs raise in their motion. The undersigned informs defendant that, alternative to filing an opposition motion, he may file a statement of non-opposition, thereby consenting to remand. See Local Rule 230(c) ("A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question.").

1